# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **UBS FINANCIAL SERVICES INC. and ANDREW BURISH**,<br><br>**Petitioners**,<br><br>v.<br><br>**DENNIS HANSEN, LESLIE HANSEN, TYLER HANSEN, NOELLE HANSEN, BRADLEY NELSON, JORDAN NELSON, LINDSEY VALENTINI, NICHOLAS VALENTINI, AND MARK KRAMER**,<br><br>**Defendants**. | Case No. 4:25-cv-00120-SMR-HCA<br><br>**JOINT NOTICE REGARDING BRIEFING** |

Plaintiffs UBS Financial Services Inc. and Andrew Burish and Defendants Dennis Hansen, Leslie Hansen, Tyler Hansen, Noelle Hansen, Bradley Nelson, Jordan Nelson, Lindsey Valentini, Nicholas Valentini, and Mark Kramer provide joint notice regarding briefing as follows:

1. Pursuant to the Court's June 11, 2025, Order (Doc. 30) directing the parties to file a proposed briefing schedule, briefing on Plaintiffs UBS Financial Services Inc. and Andrew Burish's Motion to Vacate is complete.

2. Defendants believe that no further briefing is required at this time because this Court's ruling on Plaintiffs' Motion to Vacate is outcome determinative of Defendants' counterclaim to confirm the arbitration award—this Court must grant confirmation "unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11" of the Federal Arbitration Act. 9 U.S.C. § 9.

3.      Petitioners agree that no further briefing is required because their Motion to Vacate and Defendants' counterclaim/Motion to Confirm turn on the same underlying legal issues and factual record such that additional briefing on Defendants' counterclaim/Motion to Confirm would be duplicative and inefficient.

4.      In agreeing that no further briefing is required, neither party waives or forfeits any other argument or issue.


Dated: June 30, 2025

| | |
|---|---|
| GORDON REES LLP | SIMMONS PERRINE MOYER BERGMAN PLC |
| By: */s/ Tyler R. Smith*<br>Thomas J. Joensen AT0003868<br>Tyler R. Smith AT0013123<br>666 Grand Avenue, Suite 1701<br>Des Moines, IA 50309<br>(515) 204-2844<br>trsmith@grsm.com | By: */s/ Stephen J. Holtman*<br>Stephen J. Holtman AT0003594<br>Paul D. Gamez AT0002806<br>Nicholas Petersen AT0012570<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1266<br>Telephone: (319) 366-7641<br>Facsimile: (319) 366-1917<br>Email: sholtman@spmblaw.com<br>pgamez@spmblaw.com<br>npetersen@spmblaw.com |
| GIBSON, DUNN & CRUTCHER LLP | *ATTORNEYS FOR DEFENDANTS Dennis Hansen, Leslie Hansen, Tyler Hansen, Noelle Hansen, Bradley Nelson, Jordan Nelson, Lindsey Valentini, Nicholas Valentini, and Mark Kramer* |
| By: */s/ Matt Gregory*<br>Thomas G. Hungar*<br>Matt Gregory*<br>Emma Eisendrath*<br>Audrey Payne*<br>1700 M Street, N.W.,<br>Washington, D.C. 20036<br>(202) 955-8500<br>mgregory@gibsondunn.com | |
| Marshall R. King*<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, New York, NY 10166<br>(212) 351-4000<br>mking@gibsondunn.com | |
| *Admitted pro hac vice | |
| *Attorneys for Petitioners UBS Financial Services Inc. and Andrew Burish* | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States Court for the Southern District of Iowa using the CM/ECF system which will send notification of such filing to all attorneys and parties of record.

/s/     Tyler R .Smith

3