**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

|  |  |
|---|---|
| UBS FINANCIAL SERVICES INC. and ANDREW BURISH, <br><br> Plaintiffs, <br><br> v. <br><br> DENNIS HANSEN, LESLIE HANSEN, TYLER HANSEN, NOELLE HANSEN, BRADLEY NELSON, JORDAN NELSON, LINDSEY VALENTINI, NICHOLAS VALENTINI, and MARK KRAMER, <br><br> Defendants. | Case No.  4:25-cv-120-SMR-HCA <br><br><br> **INTERVENORS' CITIZENSHIP DISCLOSURE STATEMENT** |

As jurisdiction in this case is based on diversity under 28 U.S.C. § 1332(a), pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Intervenors MGA Entertainment, Inc., Larian Living Trust DTD 11.12.98, Wozfam QOF, LLC, Wizardofoz QOF, LLC, MGAE Real Deal QOF, LLC, Jasmin Hekmat, Ryan Hekmat, Jason Larian, and Angela Larian provide the following information regarding their citizenship:

**1.  MGA Entertainment, Inc.**

Intervenor MGA Entertainment, Inc. ("MGA") is a corporation organized and existing under the laws of Delaware with its principal place of business in Chatsworth, California. Accordingly, MGA is a citizen of the States of Delaware and California.

**2.  Larian Living Trust DTD 11.12.98**

Intervenor Larian Living Trust DTD 11.12.98 ("LLT") is a revocable trust. The trustees of LLT are citizens of the State of California. Accordingly, LLT is a citizen of the State of California.

1

4925-3816-3050, v. 1

### 3.  Wozfam QOF, LLC

Intervenor Wozfam QOF, LLC ("Wozfam") is a limited liability company. Members of Wozfam are citizens of the State of California. Accordingly, Wozfam is a citizen of the State of California.

### 4.  Wizardofoz QOF, LLC

Intervenor Wizardofoz QOF, LLC ("Wizardofoz") is a limited liability company. Members of Wizardofoz are citizens of the State of California. Accordingly, Wizardofoz is a citizen of the State of California.

### 5.  MGAE Real Deal QOF, LLC

Intervenor MGAE Real Deal QOF, LLC ("MGAE Real Deal") is a limited liability company. Members of MGAE Real Deal are citizens of the States of California and Delaware. Accordingly, MGAE Real Deal is a citizen of the States of California and Delaware.

### 6.  Jasmin Hekmat

Intervenor Jasmin Hekmat currently resides in California. Accordingly, Jasmin Hekmat is a citizen of the State of California.

### 7.  Ryan Hekmat

Intervenor Ryan Hekmat currently resides in California. Accordingly, Ryan Hekmat is a citizen of the State of California.

### 8.  Jason Larian

Intervenor Jason Larian currently resides in California. Accordingly, Jason Larian is a citizen of the State of California.

4925-3816-3050, v. 1

### 9.  Angela Larian

Intervenor Angela Larian currently resides in California. Accordingly, Angela Larian is a citizen of the State of California.

Dated: September 19, 2025

**MICHELMAN & ROBINSON, LLP**

By:  /s/ *Kevin S. Kim*
  Kevin S. Kim*                    SBN275200
  17901 Von Karman Ave., Suite 1000
  Irvine, CA 92614
  Telephone: (714) 557-7990
  Email:  kkim@mrllp.com
  * *(pro hac vice forthcoming)*

**WEINHARDT & LANTZ, P.C.**

By: */s/ Kyle J. Essley*
  Kyle J. Essley                    AT0015054
  William C. Admussen              AT0016195
  2600 Grand Avenue, Suite 450
  Des Moines, IA  50312
  Telephone: (515) 244-3100
  E-mail:  kessley@weinhardtlantz.com
        wadmussen@weinhardtlantz.com

ATTORNEYS FOR INTERVENORS
MGA ENTERTAINMENT, INC.; LARIAN LIVING TRUST DTD 11.12.98; WOZFAM QOF, LLC; WIZARDOFOZ QOF, LLC; MGAE REAL DEAL QOF, LLC; JASMIN HEKMAT; RYAN HEKMAT; JASON LARIAN; AND ANGELA LARIAN

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys of record on September 19, 2025 via CM/ECF.

            /s/ Maura McNally-Cavanagh
 Signature:

4925-3816-3050, v. 1