IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

)
) Case Number:
)
Plaintiff(s) )
vs. )
) Corporate Disclosure/ Statement of Interest
)
)
)
Defendant(s). )

  This Corporate Disclosure statement is filed on behalf of _____ in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

  The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

  The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

  The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

  **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: _____   _____

              _____

              _____

              _____

Effective July 8, 2024

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys of record on September 19, 2025 via CM/ECF.

Signature:      /s/ Maura McNally-Cavanagh