IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **UBS FINANCIAL SERVICES INC. and ANDREW BURISH**,<br><br>**Plaintiffs**,<br><br>v.<br><br>**DENNIS HANSEN, LESLIE HANSEN, TYLER HANSEN, NOELLE HANSEN, BRADLEY NELSON, JORDAN NELSON, LINDSEY VALENTINI, NICHOLAS VALENTINI, AND MARK KRAMER,**<br><br>**Defendants**. | Case No. 4:25-cv-00120-SMR-HCA<br><br>**DEFENDANTS' SUPPLEMENTAL NOTICE** |

Defendants Dennis Hansen, Leslie Hansen, Tyler Hansen, Noelle Hansen, Bradley Nelson, Jordan Nelson, Lindsey Valentini, Nicholas Valentini, and Mark Kramer (collectively "Defendants") submit their Supplemental Notice of as follows:

**I.  Supplemental Notice of Federal District Court Developments that Occurred in *Jannetti v. Stifel, Nicolaus & Co., Inc.* Cited in Defendants' Brief**

Defendants submit this supplemental notice because further developments occurred in a FINRA arbitration case previously cited in their briefing. *See* Doc. 23 at 24, Defendants' Resistance to Plaintiffs' Motion to Vacate (6/4/2025) (citing *Jannetti v. Stifel, Nicolaus & Co., Inc.*, FINRA No. 23-01342, Award (March 12, 2025)). On February 6, 2026, the United States District Court for the Southern District of Florida issued a Report and Recommendation on competing motions to vacate and confirm the arbitration award in *Jannetti*. *See* Exhibit A, *Jannetti v. Stifel, Nicolaus & Co., Inc*, Doc. 55, Case No. 25-21176-CIV-DPG/EIS (S.D. Fla. 2/6/2026). Pertinent topics addressed include:

- An arbitration punitive damage award comparable both in its absolute value and its 3-to-1 ratio to compensatory damages. *Id.* at 5.

- Waiver of arguments at the arbitration level. *Id.* at 9-10.

- Impermissible types of challenges to a punitive damage award rendered by an arbitration panel in the context of the Federal Arbitration Act. *Id.* 15-21.

WHEREFORE Defendants respectfully request that this Court take notice of the Report and Recommendation set forth in Exhibit A in considering their request that Plaintiffs' Motion to Vacate be denied and their Motion to Confirm be granted.

Dated: February 13, 2026

SIMMONS PERRINE MOYER BERGMAN PLC

By: /s/ Stephen J. Holtman
Stephen J. Holtman, AT0003594
Paul D. Gamez AT0002806
Nicholas Petersen AT0012570
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email: sholtman@spmblaw.com
           pgamez@spmblaw.com
           npetersen@spmblaw.com

ATTORNEYS FOR DEFENDANTS DENNIS HANSEN, LESLIE HANSEN, TYLER HANSEN, NOELLE HANSEN, BRADLEY NELSON, JORDAN NELSON, LINDSEY VALENTINI, NICHOLAS VALENTINI, AND MARK KRAMER

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 13, 2026, a copy of the foregoing document was filed with the Clerk of Court for the United States Court for the Southern District of Iowa using the CM/ECF system which will send notification of such filing to all attorneys and parties of record.

                                                                    /s/ Stephen J. Holtman