**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| UBS FINANCIAL SERVICES INC. and ANDREW BURISH,<br><br>    Plaintiffs,<br><br>v.<br><br>DENNIS HANSEN, LESLIE HANSEN, TYLER HANSEN, NOELLE HANSEN, BRADLEY NELSON, JORDAN NELSON, LINDSEY VALENTINI, NICHOLAS VALENTINI, and MARK KRAMER,<br><br>    Defendants. | Case No.  4:25-cv-00120-SMR-HCA<br><br><br>**NOTICE OF WITHDRAWAL OF APPEAL OF MAGISTRATE JUDGE'S ORDER DENYING MOTION TO UNSEAL [ECF 63]** |

Intervenors MGA Entertainment, Inc., Larian Living Trust DTD 11.12.98, Wozfam QOF, LLC, Wizardofoz QOF, LLC, MGAE Real Deal QOF, LLC, Jasmin Hekmat, Ryan Hekmat, Jason Larian, and Angela Larian respectfully withdraw their pending appeal (ECF 63) of the Magistrate Judge's Order Denying Motion to Unseal (ECF 62).  The Court may deny the appeal as moot or simply take no action on it.

Dated:  April 10, 2026

**MICHELMAN & ROBINSON, LLP**

By:  /s/ *Kevin S. Kim*
    Kevin S. Kim (*pro hac vice*)        SBN 275200
    17901 Von Karman Ave, Suite 1000
    Irvine, CA 92614
    Telephone: (714) 557-7990
    Email:  kkim@mrllp.com

- 1 -

4904-4402-0895, v. 1

**WEINHARDT & LANTZ, P.C.**

By: */s/ Kyle J. Essley*

Kyle J. Essley                            AT0015054
2600 Grand Avenue, Suite 450
Des Moines, IA  50312
Telephone: (515) 244-3100
E-mail:  kessley@weinhardtlantz.com
            wadmussen@weinhardtlantz.com

ATTORNEYS FOR INTERVENORS
MGA ENTERTAINMENT, INC.; LARIAN LIVING TRUST DTD 11.12.98; WOZFAM QOF, LLC; WIZARDOFOZ QOF, LLC; MGAE REAL DEAL QOF, LLC; JASMIN HEKMAT; RYAN HEKMAT; JASON LARIAN; and ANGELA LARIAN.

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys of record on April 10, 2026 via CM/ECF.

Signature:        /s/ Maura McNally-Cavanagh

- 2 -

4904-4402-0895, v. 1