# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

UBS Financial Services Inc., and
Andrew Burish,

                                      **CIVIL NUMBER:   4:25-cv-00120-SMR-HCA**

            Plaintiff(s),

  v.                           **JUDGMENT IN A CIVIL CASE**

Dennis Hansen, et al.,

            Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED:

Petitioners' petition and motion to vacate arbitration award is denied.  Respondents' motion to confirm arbitration award is granted in part.  Judgment is entered in favor of respondents and against petitioners.

Date: April 30, 2026

                                    CLERK, U.S. DISTRICT COURT

                                    /s/  C. Greene

                                    By: Deputy Clerk