**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| UBS FINANCIAL SERVICES INC., and ANDREW BURISH,<br><br><br>Petitioners,<br><br>v.<br><br>DENNIS HANSEN, LESLIE HANSEN, TYLER HANSEN, NOELLE HANSEN, BRADLEY NELSON, JORDAN NELSON, LINDSEY VALENTINI, NICHOLAS VALENTINI, and MARK KRAMER,<br><br><br>Respondents. | **Civil Action No. 4:25-cv-00120-SMR-HCA** |

**Petitioners' Notice of Appeal**

Notice is hereby given that Petitioners UBS Financial Services Inc. and Andrew Burish appeal to the United States Court of Appeals for the Eighth Circuit the district court's order (Dkt. 71), dated and filed on April 30, 2026, denying Petitioners' motion to vacate the arbitration award, which was filed on March 31, 2025 (Dkt. 1), and granting in part Respondents' motion to confirm the arbitration award, which was filed on June 4, 2025 (Dkt. 25).

1

Dated:  May 26, 2026

Respectfully submitted,

*/s/  Tyler R. Smith*
Thomas J. Joensen
Tyler R. Smith
   *Lead Counsel*
GORDON REES LLP
666 Grand Avenue, Suite 1701
Des Moines, IA 50309
(515) 204-2844
trsmith@grsm.com

*/s/   Matt Gregory*
Matt Gregory (*Pro hac vice*)
Emma Eisendrath (*Pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W., Washington, D.C. 20036
(202) 955-8500
mgregory@gibsondunn.com

Marshall R. King (*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, New York, NY 10166
(212) 351-4000
mking@gibsondunn.com

*Attorneys for Petitioners UBS Financial Services Inc. and Andrew Burish*

2

**CERTIFICATE OF SERVICE**

I hereby certify on May 26, 2026, a copy of the foregoing document was filed with the Clerk of Court for the United States Court for the Southern District of Iowa using the CM/ECF system, which will send notification of such filing to all attorneys and parties of record.

Dated: May 26, 2026                                  */s/ Matt Gregory*
                                                      Matt Gregory