**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF IOWA**

# Notice of Appeal Supplement

Case Name: __UBS Financial Services Inc., and Andrew Burish__ vs. __Dennis Hansen, Leslie Hansen, Tyler Hansen, Noelle Hansen, Bradley Nelson, Jordan Nelson, Lindsey Valentini, Nicholas Valentini, and Mark Kramer__

District Court Case Number: __4:25-cv-00120-SMR-HCA__

Appeal Fee (505.00) Status: Pd _✓_ IFP ____ Pending ____ Government Appeal ____

Counsel: Appointed ____ CJA ____ Retained _✓_ Pro Se ____ Pro Bono ____ FPD ____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel _✓_ Pro Se ____

Any reason why counsel should not be appointed: __N/A__

Certificate of Appealability: Denied ____ Granted ____ Not Issue _✓_

Pending post Judgment motions: Yes ____ No _✓_

If so, type of motion(s) and docket entry number:

_____

High Public Interest Case: Yes ____ No _✓_

Simultaneous Opinion release Requested: Yes ____ No _✓_

Trial Held: Bench ____ Jury ____ No _✓_

Court Reporter: Yes ____ No _✓_

Reporter's Name: _____

Appealing: Order prior to final judgment ___ or final judgment _✓_

***File this form with the Notice of Appeal***